**Judy Kay MISKELL, Plaintiff–Appellant,**

**v.**

**Harry L. CHASE; William L. Haugh, Jr., Defendants–Appellees.**

No. 16–1108.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

Judy Kay Miskell, Appellant Pro Se.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Judy Kay Miskell appeals the district court's order returning correspondence that Miskell attempted to file in her closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miskell v. Chase*, No. 1:15–cv–00019–CCB (D.Md. Jan. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*